**2**
Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtor
David E. Sims

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

IN THE MATTER OF:

SIMS, DAVID E.
　SS#XXX-XX-2801

CASE NO. 18-25756-B-13J
DOCKET CONTROL #:PGM-2
DATE:　JANUARY 8, 2018
TIME:　1:00 P.M.
DEPT#: B - COURTROOM 32
HONORABLE JUDGE CHRISTOPHER D. JAIME

_____ DEBTOR _____/

**NOTICE OF HEARING TO CONFIRM DEBTOR'S
FIRST AMENDED PLAN FILED ON NOVEMBER 7, 2018**

**TO ALL INTERESTED PARTIES:**

　　NOTICE IS HEREBY GIVEN that Debtor, David E. Sims, by and through his attorney, Peter G. Macaluso, will move the Court for an Order Confirming his Chapter 13 Plan.

　　The hearing has been set for December 11, 2018 at 1:00 p.m., in Department B, Courtroom 32, of the U.S. Courthouse, located at 501 I Street, 6th Floor in Sacramento, California.

　　Any party wishing to oppose this Motion must file a written response with the Court and serve upon Movant, the Chapter 13

-1-

Trustee, the US Trustee and all parties listed on the Proof of Service, no later than fourteen (14) calendar days prior to the hearing.

Failure to file timely written opposition may result in the motion being resolved without oral argument and the striking of untimely written opposition.

Any party may determine whether the matter has been resolved without oral argument, whether a tentative ruling has been issued, and may view pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Date: November 4, 2018            **/s/ Peter G. Macaluso**
                                  Peter G. Macaluso, Attorney at Law