Kristin A. Zilberstein, Esq. (SBN: 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010 ext. 1010
Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

Attorneys for Bosco Credit LLC, its successors and/or assignees

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>David Edward Sims<br><br>    Debtors. | Case No.: 18-25756<br><br>DC: KAZ-1<br><br>CHAPTER 13<br><br>**ORDER ON OBJECTION TO CHAPTER 13 PLAN**<br><br>**Current Hearing Date:**<br>Date: 11/13/2018<br>Time: 1:00 PM<br><br>Honorable Christopher D. Jaime |

      The Objection to Chapter 13 Plan of Bosco Credit LLC, its successors and/or assignees ("Bosco") came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable Christopher D. Jaime. All appearances are as noted in the court record.

RECEIVED
November 13, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006393561

1   Upon reading the papers and pleadings on file herein, and upon hearing oral argument
2   and abased on the evidence presented, the Court fules as follows:
3   IT IS HEREBY ORDERED that the Objection is overruled as moot because a
4   subsequent amended Chapter 13 Plan has been filed.
5   IT IS FURTHER ORDERED that the Chapter 13 Plan filed on September 12, 2018 Is
6   not confirmed.

**Dated:** Nov 13, 2018

Christopher D. Jaime, Judge
United States Bankruptcy Court